

# EPAC RIGHT OF VISIT (ROV)

Updated: 5 August 2020

## VICTOR REPORT

USCGC / HMCS / USS & LEDET:  __HMCS HARRY DEWOLF__   Date/Time: __09NOV21 0223Z__
                              LEDET 106

**\*\* Use this form first for all ROV boardings granted by D11 SNO. \*\***

**\*\*Boarding Team remains onboard with positive control while D11 determines course of action. Complete the Alpha Report after a determination of vessel nationality has been made.\*\***

1. Time SNO for a Right of Visit Boarding granted by D11: __0201Z__.
2. Time Boarding Team takes positive control of vessel: __0232Z__.
3. Indicia of nationality observed:           Description
   a. **Physical flag flown? (CLAIM)**         Y / **(N)** _____
   b. **Registration Documents? (CLAIM)**      Y / **(N)** _____
   c. Registration number on hull?             Y / **(N)** _____
   d. Homeport on hull?                        Y / **(N)** _____
   e. Name on hull?                            Y / **(N)** _____
   f. Painted-on markings?                     Y / **(N)** _____

\*\* Do not ask the other persons onboard for claims of vessel nationality once someone has been identified as the master or PIC. If more than one person claims to be the master or PIC, notify D11 LEDO.

4. Ask all suspects as a group, "Who is the master or person in charge (PIC) of the vessel?"
   **None/Master/PIC (circle one). Name:** __William Pincay Anchundia (EC)__ ▮▮▮▮▮▮▮▮
   a. **If someone admits to being master or PIC, go to 4.a.1. If no one does, go to 4.a.2.**
      1. If someone has admitted to being the master or PIC, ask that person, "Do you claim nationality for the vessel?" **(Y)/N. Claimed nationality of vessel:** __Ecuador__; **if yes, stop.**
         A. If someone has admitted to being master or PIC, but they said "No" to 4.a.1. (they do not claim nationality for the vessel), **clarify:** "Does this vessel have a nationality?"
            **Y/N. Claimed nationality of vessel:** _____; **if yes, stop.**
         B. If the admitted master or PIC confirms the vessel does not have a nationality, ask the master or PIC, "What is the vessel's last port of call?" **LPOC:** _____. **Stop.**
         \*\*Enact U.S./Colombia bilat if there is no claim of nationality for the vessel, no non-Colombian indicia, and the master or PIC says the LPOC was in Colombia.
      2. If no one is identified as the master or PIC, ask each person individually, "Are you the master or PIC?" (Stop asking when you identify a master or PIC.) **None/Master/PIC (circle one). Name:** _____.
         A. If a master or PIC is identified, go back to 4.a.1., above, and proceed as necessary.
         B. If no master or PIC is identified, go to 4.b., below.
   b. If no one admits to being the master or PIC, ask each person individually, "Do you claim a nationality for the vessel?" (If someone makes a claim of nationality for the vessel, do not ask the other suspects about the vessel's nationality. Treat the person making the claim as the PIC.)
      **Y/N. Name of PIC:** _____. **Claimed Nationality of Vessel:** _____. **Stop.**

5. D11 LEDO will brief dre/legal based on the information provided and recommend that D11:
   a. Enact the appropriate Bilateral Agreement/Operational Procedures/MOTR Protocols, or
   b. Grant SNO to Treat the vessel as Without Nationality (TWON).