

USA 00000526



USA 00000527





USA 00000528