# FORM 1:  ACTION REQUEST
## FORMATO 1: PETICIÓN DE ACTUAR

Rᴇᴠ: 11/13/2007

**Regarding Boarding and Inspecting Vessels Suspected of Illicit Traffic in Narcotic Drugs and Psychotropic Substances and of Smuggling Migrants by Sea**

| REFERENCE |
|---|
| *REFERENCIA* |

| | |
|---|---|
| Suspect Vessel Name: <br> *Nombre del buque sospechoso* | Official Number: <br> *Número de matrícula:* |
| Transmission Date: <br> *Fecha de transmisión* | Transmission Time: <br> *Hora  de transmisión:* |
| From: <br> *De:* | To: <br> *Para:* |
| Surface asset / boarding platform: <br> *Nombre del buque que inspecciona:* | |
| Method of Detection/*Método de detección:* <br> SHIP/ HELO/ MPA   *BUQUE/ HELO/ EAM* | |

| SUSPECT VESSEL INFORMATION |
|---|
| *INFORMACIÓN DEL BUQUE SOSPECHOSO* |

| Suspect Vessel Name: <br> *Nombre del buque sospechoso:* | | | Claimed Nationality: <br> *Nacionalidad declarada:* | |
|---|---|---|---|---|
| Flag State Claim Via: <br> *Declaración de bandera por medio de:* | ☐ Flag painted on stern <br> *Bandera* <br><br> ☐ Verbal (Master) <br> *Por voz (capitán)* | ☐ Vessel Markings <br> *Marcas en el barco* <br><br> ☐ Verbal (Non-Master) <br> *Por voz (otros)* | ☐ Homeport on stern <br> *Nombre del puerto en la popa* | |
| Official Number: <br> *Número de matrícula:* | ☐ Painted on vessel <br> *Pintado en el barco* <br><br> ☐ Documents presented alongside <br> *Documentos presentados* | ☐ Verbal (Master) <br> *Por voz (capitán)* | ☐ Verbal (Non-Master) <br> *Por voz (otros)* | |

| Vessel Type <br> *Tipo del buque:* | ☐ Cargo <br> *Carga* | ☐ Passenger <br> *Pasajeros* | ☐ Fish <br> *Pesca* | ☐ Other <br> *Otro:* |
|---|---|---|---|---|
| Length of vessel: <br> *Eslora:* | | | Position: <br> *Posicion:* | |
| Hull Material: <br> *Tipo de casco:* | ☐ Wood <br> *Madera* | ☐ Steel <br> *Acero* | ☐ Fiberglass <br> *Fibra de vidrio* | Other: <br> *Otros* |
| Hull Color: <br> *Color del casco:* | | | Superstructure Color: <br> *Color de superestructúra:* | |

1

USA 00000508

**FORM 1:  ACTION REQUEST**
FORMATO 1: PETICIÓN DE ACTUAR

REV: 11/13/2007

| CREW/PASSENGER INFORMATION | |
|---|---|
| *INFORMACIÓN DE LA TRIPULACIÓN/PASAJEROS* | |
| Master Name: <br> *Nombre del capitán:* | Nationality: <br> *Nacionalidad:* |
| Date Of Birth: ▮▮▮▮▮▮ <br> *Fecha de nacimiento:* | Cedula / Passport Number: <br> *Número de cedula/ pasaporte:* |
| Number Crew: <br> *Número de tripulantes:* | Nationality: <br> *Nacionalidad:* |
| Known medical concerns: <br> *Condiciones de salud aparentes:* | |
| Known / Suspected safety hazards: <br> *Amenazas aparentes contra la  seguridad:* | |
| If migrants apparently on board, estimated number: <br> *Si hay inmigrantes abordo, número estimado:* | |

| VOYAGE INFORMATION | |
|---|---|
| *INFORMACIÓN DEL  VIAJE* | |
| Claimed purpose of voyage: <br> *Propósito del viaje dicho por el capitán:* | |
| Claimed cargo and/or catch on board: <br> *Carga/pesca abordo dicho por el capitán:* | |
| LPOC: <br> *Ultimo Puerto:* | Date Departed: <br> *Fecha de zarpe:* |
| NPOC: <br> *Próximo puerto:* | Date of Arrival: <br> *Fecha de llegada:* |

| ON-SCENE WEATHER | |
|---|---|
| *CLÍMA EN LA ESCENA* | |
| Seas: <br> *Estado del mar:* | Wind direction/speed: <br> *Dirección/velocidad del viento:* |
| Visibility: <br> *Visibilidad:* | Forecast: <br> *Pronóstico:* |

USA 00000509

**FORM 1:  ACTION REQUEST**
FORMATO 1: PETICIÓN DE ACTUAR

REV: 11/13/2007

> **Check any or all of the reasonable grounds to suspect the vessel and crew is engaged illicit traffic by sea of narcotics and psychotropic substances, or the need for actions that protect human life at sea.**

## RIGHT OF APPROACH

☐  Master refused to answer or gave evasive or inconsistent responses to Right of Approach Questions

*El capitán se rehúsa,  da respuestas evasivas o inconsistentes a las preguntas de derecho de aproximación.*

☐  Master was given his Right of Approach answers by another person  or questions answered by another individual suspected not to be the captain

*El capitán es asistido por alguien  para responder a las preguntas del derecho de aproximación, ó estas son contestadas por alguien que se sospecha no es el capitán.*

☐  Master was nervous when answering Right of Approach questions.

*El capitán se mostró nervioso al responder las preguntas.*

☐  Amount of fish claimed is inconsistent with days underway

*La cantidad de pesca declarada es inconsistente con los días de navegación.*

☐ Master has little knowledge of fishing grounds and fishing operations

*El capitán demuestra poco conocimiento de las áreas y operaciones de pesca.*

☐ Vessel spotted numerous times, never engaged in fishing

*La nave ha sido avistada varias veces pero en ninguna ha estado realizando pesca.*

☐  Master claims to be disabled but refuses assistance

*El capitán declara tener inconvenientes pero se rehúsa a recibir asistencia.*

3

USA 00000510

**FORM 1:  ACTION REQUEST**
FORMATO 1: PETICIÓN DE ACTUAR

REV: 11/13/2007

**Check any or all of the reasonable grounds to suspect the vessel and crew is engaged illicit traffic by sea of narcotics and psychotropic substances, or the need for actions that protect human life at sea.**

## VESSEL ACTIVITY

☐  Located more than 200nm  (or outside normal fishing grounds) from flag state

*Localizado a más de 200 MN (o fuera del área normal de pesca)*

☐ Not currently engaged in fishing/loitering

*La nave no se encuentra realizando actividades de pesca o se encuentra sin realizar ninguna actividad.*

☐  Vessel on a course/route consistent with drug smuggling operations

*La nave se encuentra en curso / en rumbo a las rutas  utilizadas para operaciones de droga*

☐  Pangas observed scattering upon detecting L/E presence.

Se observaron pangas que fugaron al detectar la presencia unidades guardacostas.

☐ Number of pangas/*Número de pangas* ☐

☐  Number of Engines per panga/Número de motores por panga

☐  Upon detecting L/E asset vessel suddenly began fishing

*Después de detectar la presencia de la unidad guardacostas, la unidad de repente inició las faenas de pesca.*

☐  Vessel is seen with a profile GO-FAST alongside or in close proximity

*La nave fue avistada con una GOFAST abarloada o en sus proximidades.*

☐ Vessel made erratic course and speed changes when approached by L/E assets

*La nave realiza rumbos erráticos y cambios de velocidad durante la aproximación de la unidad guardacosta.*

☐  Two vessels alongside, in close proximity or on an apparent rendevous course

*Dos naves abarloadas, muy cercanas o en curso aparente a punto de rendevouz.*

☐  Vessel underway at night without navigation lights energized

*La nave se encuentra con luces de navegación apagadas durante la noche.*

☐  Vessel observed passing what appears to be bales to another vessel

*La nave ha sido avistada pasando aparentemente bultos a otra embarcación*

☐ Vessel seen apparently jettisoning bales

*La nave ha sido avistada aparentemente arrojando por la borda bultos.*

USA 00000511

**FORM 1:  ACTION REQUEST**
FORMATO 1: PETICIÓN DE ACTUAR

Rᴇᴠ: 11/13/2007

**Check any or all of the reasonable grounds to suspect the vessel and crew is engaged illicit traffic by sea of narcotics and psychotropic substances, or the need for actions that protect human life at sea.**

## VESSEL/CREW APPEARANCE

☐ Vessels name or homeport appears to be freshly painted or painted over recently

*El nombre del buque o puerto de registro aparentemente pintado sobre otro ó ha sido pintado recientemente.*

☐ Vessel has rub marks alongside hull

*La nave tiene marcas en sus bandas.*

☐ False waterline painted on hull

*Línea de agua falsa pintada en el casco.*

☐ Vessel riding abnormally low in water

*La embarcación se encuentra anormalmente muy hundida en el agua*

☐ Fuel drums, hoses, transfer pumps, fenders rigged or other refueling gear observed on deck.

*Tanques de combustible, mangueras, bombas de trasvasije u otro material de trasvasije observado sobre la cubierta.*

☐ Unusual types/amount of antennas, communications gear observed

*Tipos o cantidades de antenas de comunicación inusuales observadas en la nave.*

☐ Master claims purpose of voyage is fishing, but no fishing gear visible on deck

*El Capitán declara que el viaje es para realizar afenas de pesca pero no se observan equipos para este fin sobre cubierta.*

☐ There is no registration number painted on vessel or appears to have been painted over recently

*El número de matrícula no está pintado en el casco o el mismo ha sido pintado recientemente.*

☐ Fishing gear is in poor condition or stowed, apparently new/unused, or type is inconsistent with claims of catch on board

*El material ó equipo de pesca se encuentra en condiciones precarias, guardado, aparentemente sin usar o nuevo, ó el mismo es inconsistente al tipo de pesca que dicen realizar*

☐ Bales observed on deck

*Bultos observados sobre cubierta*

☐ Crew appearance not consistent with typical fishermen

*La apariencia de la tripulación no es consistente con la típica de un pescador.*

5

USA 00000512

**FORM 1:  ACTION REQUEST**
FORMATO 1: PETICIÓN DE ACTUAR

Rᴇᴠ: 11/13/2007

**Check any or all of the reasonable grounds to suspect the vessel and crew is engaged illicit traffic by sea of narcotics and psychotropic substances, or the need for actions that protect human life at sea.**

## <u>OTHER</u>

☐  The vessel is part of an ongoing criminal investigation by the:
*La nave es parte o se encuentra bajo investigación criminal en*:

☐  United States of America

☐  Colombia

☐  Ecuador

☐   Any other observations made by the on scene unit:
*Alguna otra observación realizada por la unidad en escena*:

.

6

USA 00000513

**FORM 1: ACTION REQUEST**
FORMATO 1: PETICIÓN DE ACTUAR

REV: 11/13/2007

<u>**Action Request to the Operations Center:**</u>
*Petición de Actuar al Centro de Operaciones:*

A. **Confirm the registry or nationality of the suspect vessel;**
   *Confirmar el registro o la nacionalidad del buque sospechoso*

B. **If registry or nationality is confirmed:**
   *Si el registro o la nacionalidad es confirmado*

   1) **Authorize the personnel of the requesting State to stop, board, and search the suspect vessel, cargo, and persons on board; and/or**
      *Autorizar a los oficiales del Estado peticionario para parar, abordar, e inspeccionar al buque sospechoso, carga, y personas abordo; y/o*

   2) **Authorize the personnel of the requesting State to control the movements of the vessel as necessary to arrive at an appropriate safe port; or**
      *Autorizar a los oficiales del Estado peticionario para controlar la navegación del buque lo necesario para llegar a un puerto seguro y apropiado; o*

   3) **Authorize a combined boarding and search under the direction of the flag State; or**
      *Autorizar un abordaje e inspección combinado bajo la autoridad del Estado de la bandera; o*

   4) **Direct units of the flag State to stop, board, and search the suspect vessel.**
      *Dirigir unidades del Estado de bandera para parar, abordar, y examinar el buque sospechoso.*

7

USA 00000514

**FORM 1:  ACTION REQUEST**
FORMATO 1: PETICIÓN DE ACTUAR

Rᴇᴠ: 11/13/2007

<u>**The requesting State wishes to advise the requested State that:**</u>
*El Estado solicitante quisiera decir el Estado solicitado que:*

- **If evidence is found that the suspect vessel is engaged in illicit traffic by sea of narcotics and psychotropic substances, the officials of the requesting State will proceed to preventively hold the vessel, cargo, and persons on board pending expeditious disposition instructions from the flag State; and**
  *Si se encuentra evidencia que el buque sospechoso esta haciendo algun ilícito por mar de estupefacientes y substancias psicotrópicas, los oficiales del Estado solicitante procederán a detener el buque, la carga, y las personas abordo esperando las consiguientes instrucciones del Estado de la bandera.*

- **If the vessel is not seized, then the requesting State will process any meritorious claims for damage resulting from the boarding in accordance with its laws.**
  *Si el buque no está requisado, el Estado peticionario tramitará cualquier reclamo meritorio por daños del resultados del abordaje de acuerdo a sus leyese.*

- **If the vessel is not found to be engaged in illicit activity, then the master or vessel owner may make a claim for damage resulting from the boarding to the requesting State or through the Flag State.  The Requesting State and the Flag State will provide effective and timely recourse in respect of such claims for damage.  In the event of a dispute arising from such a claim, the Requesting State and the Flag State intend to consult on the matter on the basis of equity and in the light of all the relevant circumstances.**
  *Si no se ha encontrado actividad ilicita en el buque abordado, el capitan o armador puede realizar un reclamo por danos resultantes de dicho abordaje al Estado solicitante o por intermedio del Estado de la bandera. Los Estado solicitante y del Estado de la bandera tramitaran la accion legal correspondiente en el menor tiempo posible para resarcir los danos reclamados. En el evento de una disputa que resulte de este reclamo, los Estado solicitante y del Estado de la bandera mantendran consultas al respecto sobre una base de equidad y a la luz de todas las circunstancias pertinentes.*

- **The units of the requesting State will not take extraordinary measures to maintain the watertight integrity of any vessel, engaged in illicit activities, abandoned or damaged intentionally by its crew.**
  *Las unidades del Estado solicitante no tomaran medidas extraordinarias para mantener l integridad de cualquier nave, hallada en actividades ilicitas, abandonada o danado intencionalmente por su tripulacion.*

**Signature/Firma:** _____

USA 00000515

**FORM 2:  ACKNOWLEDGEMENT OF RECEIPT**
**ACUSAR RECIBO**

REV: 07/09/2006

**Regarding Boarding and Inspecting Vessels Suspected of Illicit Traffic in**
**Narcotic Drugs and Psychotropic Substances and of Smuggling Migrants by Sea**

| REFERENCE | |
|---|---|
| *REFERENCIA* | |
| Vessel Name: N/A | Official Number: |
| *Nombre del buque:* | *Número de matrícula:* N/A |
| Transmission Date: | Transmission Time: *Hora de transmisión: 0440Z* |
| *Fecha de transmisión: 12 NOV 2021* | |
| From: CENTRO DE OPERACIONES GUARDACOSTAS ECUADOR  *De:* | To  HMCS HARRY DEWOLF LEDET 106  *Para:* |

**X I received your Form 1.  I will consider your request and respond with a Form 3 within 45 minutes.**

> *Yo recibí su Formato 1. Yo consideraré su petición y responderé con el Formato 3 en 15 minutos.*

**X  I request the following additional information:**

> *Yo necesito la siguiente información adicional:*

FAVOR ENVIAR FOTOGRAFÍAS DE LA EMBARCACIÓN, Y NOMBRES DE TODA LA TRIPULACIÓN, CON SUS RESPECTIVOS NÚMEROS DE CEDULA.

Signature/Firma:

TNFG-SU JULIO AREVALO RICCIO
Oficial de Guardia del COG
CENTRO DE OPERACIONES GUARDACOSTAS - ECUADOR

1

USA 00000529

**FORM 3:  RESPONSE TO ACTION REQUEST**
FORMULATO 3: RESPUESTA A LA PETICIÓN DE ACTUAR

REV: 07/09/06

**SRegarding Boarding and Inspecting Vessels Suspected of Illicit Traffic in
Narcotic Drugs and Psychotropic Substances and of Smuggling Migrants by Sea**

| REFERENCE *REFERENCIA* | |
|---|---|
| Vessel Name:<br>*Nombre del buque:N/A* | Official Number:<br>*Número de matrícula:* N/A |
| Transmission Date: *Fecha de transmisión:*<br>**09-11-2021** | Transmission Time: *Hora  de transmisión:*<br>**0450Z** |
| From: **CENTRO DE OPERACIONES GUARDACOSTAS ECUADOR**<br>*De:* | To : **HMCS HARRY DEWOLF LEDET 106**<br>*Para:* |

| VESSEL NATIONALITY<br>*NACIONALIDAD DEL BUQUE* | |
|---|---|
| Claimed Registry or Nationality is: *Ecuador*<br>*Registro o  nacionalidad reclamada:* | ☐Confirmed/ : |
| | ☐ Denied/ : |
| | ☑ Can neither be Confirmed nor Denied/: |

| AUTHORIZATION BY FLAG STATE<br>*AUTORIZACIÓN DEL ESTADO DE BANDERA*<br>**Check only one block**<br>*Marque solamente un bloque* |
|---|
| ☐ Authorize the personnel of the requesting State to stop, board, and search the suspect vessel, cargo, and persons on board<br>☐ *Se autoriza a los oficiales del Estado peticionario parar, abordar, e inspeccionar  el buque sospechoso, carga, y personas a bordo:* |
| ☐ Authorize the personnel of the requesting State to control the movements of the vessel as necessary to arrive at an appropriate safe port<br>☐ *Se autoriza a los oficiales del Estado peticionario a controlar la navegación para llegar a un puerto seguro y apropiado:* |
| ☐ Authorize a combined boarding and search under the direction of the flag State – direct vessel to rendezvous in position:<br>☐ *Se autoriza un abordaje e inspección combinado  bajo la autoridad del Estado de la bandera – dirigir el buque al punto de rendezvous en posición:* |
| ☐ The boarding and search will be conducted by personnel of the flag State<br>☐ *El abordaje e inspección  será conducido por oficiales del Estado de la bandera:* |
| ☐ Authorization is declined for the following reasons:<br>☐ *Autorización es negada por las siguientes razones:* |

1

**FORM 3:  RESPONSE TO ACTION REQUEST**
FORMULATO 3: RESPUESTA A LA PETICIÓN DE ACTUAR

REV: 07/09/06

**If evidence is found that the suspect vessel is engaged in illicit traffic by sea of narcotics and psychotropic substances, or if it is necessary to take actions to protect the safety of human life at sea, the officials of the requesting State will proceed to preventively hold the vessel, cargo, and persons on board pending expeditious disposition instructions from the flag State.**

*Si la evidencia o pruebas encontradas son de que el buque está haciendo tráfico ilícito por mar de estupefacientes u otras substancias psicotrópicas, o si es necesario para tomar medidas para proteger la seguridad de la vida humana en el mar, los oficiales del Estado solicitante procederán a detener el buque, carga, y personas a bordo esperando disposiciones expeditas del Estado de la bandera.*

**Other instructions/Otras instrucciones:**

SE REVISÓ EN NUESTRO SISTEMA LOS TRES NOMBRES DE LOS TRIPULANTES LOS MISMOS QUE CONSTAN EN LA BASE DE DATOS COMO ECUATORIANOS. ADICIONAL NO SE CONFIRMA NI SE NIEGA LA BANDERA DE LA EMBARCACIÓN, DEBIDO A QUE NO SE RECIBIERON DATOS DE LA MATRICULA NI NOMBRE DE LA MISMA.

Signature/Firma: _____

TNFG-SU JULIO AREVALO RICCIO
Oficial de Guardia del COG
CENTRO DE OPERACIONES GUARDACOSTAS – ECUADOR

2

**USA 00000531**

## FORM 3: RESPONSE TO ACTION REQUEST
### FORMULATO 3: RESPUESTA A LA PETICIÓN DE ACTUAR
REV: 07/09/06

**SRegarding Boarding and Inspecting Vessels Suspected of Illicit Traffic in
Narcotic Drugs and Psychotropic Substances and of Smuggling Migrants by Sea**

| REFERENCE *REFERENCIA* | |
|---|---|
| Vessel Name:<br>*Nombre del buque:N/A* | Official Number:<br>*Número de matrícula:* N/A |
| Transmission Date: *Fecha de transmisión:*<br>**11-11-2021** | Transmission Time: *Hora de transmisión:*<br>**0450Z** |
| From: **CENTRO DE OPERACIONES GUARDACOSTAS ECUADOR**<br>*De:* | To : **HMCS HARRY DEWOLF LEDET 106**<br>*Para:* |

| VESSEL NATIONALITY *NACIONALIDAD DEL BUQUE* | |
|---|---|
| Claimed Registry or Nationality is: *Ecuador*<br>*Registro o nacionalidad reclamada:* | ☐ Confirmed/ : |
| | ☐ Denied/ : |
| | ☑ Can neither be Confirmed nor Denied/: |

| AUTHORIZATION BY FLAG STATE *AUTORIZACIÓN DEL ESTADO DE BANDERA* **Check only one block** *Marque solamente un bloque* |
|---|
| ☐ Authorize the personnel of the requesting State to stop, board, and search the suspect vessel, cargo, and persons on board<br>☐ *Se autoriza a los oficiales del Estado peticionario parar, abordar, e inspeccionar el buque sospechoso, carga, y personas a bordo:* |
| ☐ Authorize the personnel of the requesting State to control the movements of the vessel as necessary to arrive at an appropriate safe port<br>☐ *Se autoriza a los oficiales del Estado peticionario a controlar la navegación para llegar a un puerto seguro y apropiado:* |
| ☐ Authorize a combined boarding and search under the direction of the flag State – direct vessel to rendezvous in position:<br>☐ *Se autoriza un abordaje e inspección combinado bajo la autoridad del Estado de la bandera – dirigir el buque al punto de rendezvous en posición:* |
| ☐ The boarding and search will be conducted by personnel of the flag State<br>☐ *El abordaje e inspección será conducido por oficiales del Estado de la bandera:* |
| ☐ Authorization is declined for the following reasons:<br>☐ *Autorización es negada por las siguientes razones:* |

1

USA 00000532

**FORM 3:  RESPONSE TO ACTION REQUEST**
FORMULATO 3: RESPUESTA A LA PETICIÓN DE ACTUAR

REV: 07/09/06

**If evidence is found that the suspect vessel is engaged in illicit traffic by sea of narcotics and psychotropic substances, or if it is necessary to take actions to protect the safety of human life at sea, the officials of the requesting State will proceed to preventively hold the vessel, cargo, and persons on board pending expeditious disposition instructions from the flag State.**

*Si la evidencia o pruebas encontradas son de que el buque está haciendo tráfico ilícito por mar de estupefacientes u otras substancias psicotrópicas, o si es necesario para tomar medidas para proteger la seguridad de la vida humana en el mar, los oficiales del Estado solicitante procederán a detener el buque, carga, y personas a bordo esperando disposiciones expeditas del Estado de la bandera.*

**Other instructions/Otras instrucciones:**

SE REVISÓ EN NUESTRO SISTEMA EL NOMBRE DEL CAPITÁN MISMO QUE NO CONSTA EN LA BASE DE DATOS. ADICIONAL NO SE CONFIRMA NI SE NIEGA LA BANDERA DE LA EMBARCACIÓN, DEBIDO A QUE NO SE RECIBIERON DATOS DE LA MATRICULA NI NOMBRE DE LA MISMA.

Signature/Firma: _____

TNFG-SU JULIO AREVALO RICCIO
Oficial de Guardia del COG
CENTRO DE OPERACIONES GUARDACOSTAS – ECUADOR

2

USA 00000533

## FORM 3: RESPONSE TO ACTION REQUEST
FORMULATO 3: RESPUESTA A LA PETICIÓN DE ACTUAR

REV: 07/09/06

**SRegarding Boarding and Inspecting Vessels Suspected of Illicit Traffic in
Narcotic Drugs and Psychotropic Substances and of Smuggling Migrants by Sea**

| REFERENCE *REFERENCIA* | |
|---|---|
| Vessel Name:<br>*Nombre del buque:N/A* | Official Number:<br>*Número de matrícula:* N/A |
| Transmission Date: *Fecha de transmisión:*<br>**11-11-2021** | Transmission Time: *Hora de transmisión:*<br>**0450Z** |
| From: **CENTRO DE OPERACIONES GUARDACOSTAS ECUADOR**<br>*De:* | To : **HMCS HARRY DEWOLF LEDET 106**<br>*Para:* |

| VESSEL NATIONALITY<br>*NACIONALIDAD DEL BUQUE* | |
|---|---|
| **Claimed Registry or Nationality is:** *Ecuador*<br>*Registro o nacionalidad reclamada:* | ☐ Confirmed/ : |
| | ☐ Denied/ : |
| | ☑ Can neither be Confirmed nor Denied/: |

**AUTHORIZATION BY FLAG STATE**
*AUTORIZACIÓN DEL ESTADO DE BANDERA*
**Check only one block**
*Marque solamente un bloque*

- ☐ Authorize the personnel of the requesting State to stop, board, and search the suspect vessel, cargo, and persons on board
- ☐ *Se autoriza a los oficiales del Estado peticionario parar, abordar, e inspeccionar el buque sospechoso, carga, y personas a bordo:*
- ☐ Authorize the personnel of the requesting State to control the movements of the vessel as necessary to arrive at an appropriate safe port
- ☐ *Se autoriza a los oficiales del Estado peticionario a controlar la navegación para llegar a un puerto seguro y apropiado:*
- ☐ Authorize a combined boarding and search under the direction of the flag State – direct vessel to rendezvous in position:
- ☐ *Se autoriza un abordaje e inspección combinado bajo la autoridad del Estado de la bandera – dirigir el buque al punto de rendezvous en posición:*
- ☐ The boarding and search will be conducted by personnel of the flag State
- ☐ *El abordaje e inspección será conducido por oficiales del Estado de la bandera:*
- ☐ Authorization is declined for the following reasons:
- ☐ *Autorización es negada por las siguientes razones:*

1

**FORM 3:  RESPONSE TO ACTION REQUEST**
FORMULATO 3: RESPUESTA A LA PETICIÓN DE ACTUAR

REV: 07/09/06

**If evidence is found that the suspect vessel is engaged in illicit traffic by sea of narcotics and psychotropic substances, or if it is necessary to take actions to protect the safety of human life at sea, the officials of the requesting State will proceed to preventively hold the vessel, cargo, and persons on board pending expeditious disposition instructions from the flag State.**

*VISTA NO SE CONSTA CON DATOS DE LA EMBARCACIÓN COMO MATRÍCULA PARA CONSTATAR QUE PERTENEZCA A NUESTRO PAÍS Y EL CIUDADANO WILLIAM PINCAY ANCHUNDIA NO SE ENCUENTRA REGISTRADO EN NUESTRA BASE DE DATOS POR TAL RAZÓN NO SE PUEDE CONFIRMAR LA NACIONALIDAD DEL CAPITÁN DE LA EMBARCACIÓN.*

**Other instructions/Otras instrucciones:**

SE REQUIERE NOMBRES Y NUMEROS DE CEDULA DE PERSONAL DE LA EMBARCACION. ADICIONAL PARA PODER CONSTATAR QUE LA BANDERA DE LA EMBARCACIÓN ES ECUATORIANA.

**Signature/Firma:**
TNFG-SU JULIO AREVALO RICCIO
Oficial de Guardia del COG
CENTRO DE OPERACIONES GUARDACOSTAS – ECUADOR

2

USA 00000535