IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION: 1:21-00223-KD-B |
| | ) |
| WILLIAN EUSEBIO PINCAY ANCHUNDIA,) | |
| *et al.*, | ) |
|     Defendants. | ) |

**ORDER**

This matter is before the Court on Defendant Willian Eusebio Pincay Anchundia (Anchundia)'s Motion to Reconsider the Court's moot ruling (Doc. 43) on his motion for leave to file a Reply to the Government's Response to his Motion to Dismiss the Indictment (and Reply) (Docs. 41, 42), and the Court's denial of the motion to dismiss (Doc. 40).  (Doc. 45).

On March 7, 2022, Defendant Anchundia filed a Motion to Dismiss for Lack of Jurisdiction. (Doc. 31).  On March 10, 2022, the Court entered an order directing the Government to file a Response by March 18, 2022.  (Doc. 35).  The Order did not provide for a Reply.  (Id.) On March 22, 2022, the Court denied Defendant Anchundia's motion to dismiss for lack of jurisdiction.  (Doc. 40).  Approximately nine (9) hours later also on March 22, 2022, Defendant Anchundia filed a motion for leave to file a Reply to the Government's Response, and a "rejoinder in support of the motion to dismiss" (his Reply).  (Docs. 41, 42).  On March 23, 2022, the Court ruled that the motion for leave to file a Reply (and consequentially the Reply) were moot, as the motion to dismiss had been denied.  (Doc. 43).  Later that day, Defendant Anchundia filed a motion to reconsider that ruling along with the Court's denial of his motion to dismiss the indictment, and

1

for the Court to thus consider the substance of his Reply to the Government's Response. (Doc. 45). As grounds, Defendant Anchundia asserts:

> [s]ince the court ruled that the issue is now moot, the record suggests that it never considered the merits of Anchundia's ... [Reply]. In particular, it never considered Anchundia's opposition to the Government's claim that Eleventh Circuit previously ruled on the merits of the motion to dismiss, it never considered Anchundia's efforts, for the first time, to raise and preserve for appeal the lack of any nexus to the United States, and it never considered whether the provision at issue exceeded the constitutional limits imposed by framers, given the circumstances in this case.

(Doc. 45 at 2).

In the Court's discretion, it is **ORDERED** that Defendant Anchundia's motion for the Court to reconsider (Doc. 45) is **GRANTED.**

Upon reconsideration, with his Reply no longer moot, the Court now assesses same. Specifically, the Court has considered the merits of Defendant Anchundia's Reply (Doc. 42) and Renewed Motion to Dismiss (Doc. 45), including the arguments regarding a lack of nexus and lack of jurisdiction. For those reasons previously stated in the Court's Order denying Defendant Anchundia's initial Motion to Dismiss (Doc. 40), it is **ORDERED** that Defendant Anchundia's Renewed Motion to Dismiss (as contained in Docs. 42, 45) is **DENIED.**

**DONE** and **ORDERED** this the **4th** day of **April 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**